NEW ENGLAND MUT. LIFE INS. CO. v. BOARD OF COM'RS OF CUYA-HOGA COUNTY, OHIO. (Circuit Court of Appeals, Sixth Circuit. January 8, 1901.) No. 827. In Error to the Circuit Court of the United States for the Northern District of Ohio. For former report, see 99 Fed. 846. Before HARLAN, Circuit Justice, SEVERENS, Circuit Judge, and THOMPSON, District Judge.

SEVERENS, Circuit Judge. This case is identical in all respects with No. 826, New York Life Ins. Co. v. Board of Com'rs of Cuyahoga Co. (just decided) 106 Fed. 123, except that the plaintiff is a different party and the bonds held by it are another parcel of the same issue. It was argued and submitted with No. 826, and is determined by the conclusion reached in that case. The

judgment of the circuit court is reversed, and the cause remanded, with directions to overrule the demurrer and take such further proceedings in the case as it may be advised, not inconsistent with this opinion.